# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inventergy LBS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Securus Technologies, Inc.,<br><br>    Defendant. | Case No. 1:18-cv-01801-LPS |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Confidential Settlement Agreement, Plaintiff Inventergy LBS, LLC ("Inventergy") and Defendant Securus Technologies, Inc. ("Securus"), have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, dismiss all claims by Inventergy against Securus and all counterclaims by Securus against Inventergy made therein with prejudice to re-filing the same.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: February 18, 2019

Isaac P. Rabicoff
Kenneth Matuszewski
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

**Counsel for Plaintiff**